**Order entered April 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01281-CV

## JOHN MARTINEZ AND MARINA MARTINEZ AND ALL OTHER OCCUPANTS, Appellants

## V.

## BAYVIEW LOAN SERVICING, LLC, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04650-CV**

## ORDER

We **GRANT** the April 5, 2016 motion to substitute party filed by Mohamed Khaleel and Talal Khaleel and **DIRECT** the Clerk of the Court to **SUBSTITUTE** Mohamed Khaleel and Talal Khaleel in place of Byview Loan Servicing, LLC. This appeal shall now be styled "John Martinez and Marina Martinez and All Other Occupants v. Mohamed Khaleel and Talal Khaleel."

/s/    CRAIG STODDART
JUSTICE